UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Gwendolyn Cooper,                                 Case No. 06-56282
                                                            Chapter 13
                        Debtor.                   Hon. Phillip J. Shefferly
_____/

**ORDER DISMISSING CHAPTER 13 CASE AND BARRING
DEBTOR FROM FURTHER BANKRUPTCY FILINGS**

On November 27, 2006, the Court entered an order to show cause why this case should not be dismissed and the Debtor sanctioned for willful failure to properly prosecute the case and for abusive serial filings. The order to show cause detailed seven separate cases filed by the Debtor, the first six of which were dismissed. None of the seven cases have been properly prosecuted. No filing fees have been paid in the last five cases. No § 341 first meeting of creditors has been conducted in the last five cases. The Debtor has not filed all of the required documents in any of her seven cases. Because of these facts, the Court entered the order to show cause and required the Debtor to appear at a hearing on December 7, 2006 to show cause why this case should not be dismissed, a permanent bar issued as to any future filings by the Debtor, and other sanctions imposed for her abusive and improper bankruptcy filings. True to form, the Debtor did not appear at the hearing. The Chapter 13 Trustee appeared through her attorney.

After reviewing all seven of the Debtor's bankruptcy cases, the Court finds that the Debtor has engaged in a pattern of willful failure to abide by orders of the Court, the provisions of the Bankruptcy Code and the Bankruptcy Rules, and has failed to appear before the Court in proper prosecution of any of her bankruptcy cases. For the reasons set forth on the record in open Court on December 7, 2006, the Court concludes that this case should be dismissed and that the Debtor

must be permanently prohibited from filing any further bankruptcy cases without permission of this Court. Accordingly, pursuant to this Court's powers under § 105(a), § 109(g)(1) and § 349(a), see Casse v. Key Bank (In re Casse), 198 F.3d 327 (2d Cir. 1999); In re Johnson, 281 B.R. 269 (Bankr. E.D. Ky. 2002); In re McCoy, 237 B.R. 419 (Bankr. S.D. Ohio 1999),

IT IS HEREBY ORDERED that this Chapter 13 case is dismissed.

IT IS FURTHER ORDERED that the Debtor, Gwendolyn Cooper, is permanently barred and prohibited from filing any bankruptcy petitions without further order of this Court.

**Signed on December 13, 2006**

          **/s/ Phillip J. Shefferly**
          **Phillip J. Shefferly**
          **United States Bankruptcy Judge**

-2-

06-56282-pjs    Doc 37    Filed 12/13/06    Entered 12/13/06 10:15:15    Page 2 of 2